```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania

In re:                                              Case No. 18-01160-RNO
Steven Ream                                         Chapter 7
Laurie Ream
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner        Page 1 of 1        Date Rcvd: Jul 03, 2018
                            Form ID: pdf010       Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db/jdb          +Steven Ream,   Laurie Ream,   1546 Mount Zion Road,   Lebanon, PA 17046-7808
5038319          American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
5038320         +Barclays Bank,   P.O. Box 8803,   Wilmington, DE 19899-8803
5038321         +Chase Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
5038322         +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
5038324         +Food Kart, Inc.,   120 Julia Lane,   Lebanon, PA 17042-8973
5038326         +Gary L. Gristick,   120 Julia Lane,   Lebanon, PA 17042-8973
5038327         +James P. Valecko, Esquire,   Weltman, Weinberg & Reis,   436 Seventh Avenue, Suite 2500,
                  Pittsburgh, PA 15219-1842
5038328         +Jonestown Bank & Trust,   2 West Market Street,   Jonestown, PA 17038-9628
5038330         +Lebanon Federal Credit Union,   300 Schneider Drive,   Lebanon, PA 17046-4877
5038331          M&T Bank,   P.O. Box 3340,   Buffalo, NY 14240-3340
5038332          Nationstar Mortgage,   P.O. Box 650783,   Dallas, TX 75265-0783
5038333          Receivable Management Services,   P.O. Box,   Columbus, OH 43236
5038334          Valley National Bank,   P.O. Box 953,   Wayne, NJ 07474-0953
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5038325         +E-mail/Text: bankruptcy@fult.com Jul 03 2018 18:51:01      Fulton Bank,   1695 East State Street,
                  East Petersburg, PA 17520-1328
5039050         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2018 19:01:13
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5038335         +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 19:01:13      Walmart,   P.O. Box 965024,
                  Orlando, FL 32896-5024
                                                                              TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5038329          Laurie
5052301          M&T Bank - PO Box 1508 Buffalo, NY 14240
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5038323*        +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
                                                                       TOTALS: 2, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
        James Warmbrodt  on behalf of Creditor  NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
          bkgroup@kmllawgroup.com
        Markian R Slobodian (Trustee)  PA49@ecfcbis.com
        R Scot Feeman  on behalf of Debtor 2 Laurie  Ream rsfeeman@feemanlaw.com
        R Scot Feeman  on behalf of Debtor 1 Steven  Ream rsfeeman@feemanlaw.com
        United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Steven Ream** | | **Chapter:** | **7** |
| | **Debtor 1** | **Case No.:** | **1:18-bk-01160-RNO** |
| **Laurie Ream** | | | |
| | **Debtor 2** | | |
| | | **Document No.:** | **17** |

## <u>ORDER VACATING</u>

**IT IS HEREBY ORDERED** that the Final Decree Case Closed Without a Discharge entered on June 29, 2018, is being vacated by this Order as it was entered prematurely.

Dated: July 3, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Vacating - Revised 04/18