```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 18-01160-RNO
Steven Ream                                                    Chapter 7
Laurie Ream
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: JGoodling           Page 1 of 1         Date Rcvd: Jul 10, 2018
                            Form ID: pdf010           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db/jdb         +Steven Ream,    Laurie Ream,    1546 Mount Zion Road,    Lebanon, PA 17046-7808
5038319         American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
5038320        +Barclays Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
5038321        +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
5038322        +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
5038324        +Food Kart, Inc.,    120 Julia Lane,    Lebanon, PA 17042-8973
5038326        +Gary L. Gristick,    120 Julia Lane,    Lebanon, PA 17042-8973
5038327        +James P. Valecko, Esquire,    Weltman, Weinberg & Reis,    436 Seventh Avenue, Suite 2500,
                 Pittsburgh, PA 15219-1842
5038328        +Jonestown Bank & Trust,    2 West Market Street,    Jonestown, PA 17038-9628
5038330        +Lebanon Federal Credit Union,    300 Schneider Drive,    Lebanon, PA 17046-4877
5038331         M&T Bank,    P.O. Box 3340,    Buffalo, NY 14240-3340
5038332         Nationstar Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
5038333         Receivable Management Services,    P.O. Box,    Columbus, OH 43236
5038334         Valley National Bank,    P.O. Box 953,    Wayne, NJ 07474-0953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5038325        +E-mail/Text: bankruptcy@fult.com Jul 10 2018 19:09:24      Fulton Bank,    1695 East State Street,
                 East Petersburg, PA 17520-1328
5039050        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2018 19:14:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5038335        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2018 19:13:59      Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5038329         Laurie
5052301         M&T Bank - PO Box 1508 Buffalo, NY 14240
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5038323*       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              R Scot Feeman    on behalf of Debtor 2 Laurie  Ream rsfeeman@feemanlaw.com
              R Scot Feeman    on behalf of Debtor 1 Steven  Ream rsfeeman@feemanlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| STEVEN REAM | Chapter: 7 |
| Debtor 1 | Case No.: 1:18-bk-01160-RNO |
| LAURIE REAM | |
| Debtor 2 | Document No.: 24 |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Final Decree entered on July 9, 2018, is being vacated by this Order as it was entered prematurely. Trustee has not yet filed Final Report of No Distribution.

Dated: July 10, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Vacating - Revised 04/18