IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :CHAPTER 7
:
    STEVEN and LAURIE REAM, :CASE NO. 1-18-bk-01160-RNO
        Debtor :

## AMENDED DECLARATION OF ATTORNEY

I, Markian R. Slobodian, declare:

1. I am an attorney duly admitted to practice before the Courts of the Commonwealth of Pennsylvania, as well as this Court.

2. I am the sole owner of The Law Offices of Markian R. Slobodian that the Trustee is seeking to employ generally by the Application to which this Declaration is attached. I am also the Chapter 7 Trustee in this case.

3. The Law Offices of Markian R. Slobodian has extensive experience in bankruptcy, insolvency corporation reorganization and debtor/creditor law. The law firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed application.

4. The Law Offices of Markian R. Slobodian are not creditors or insiders, do not hold any interest adverse to the above-entitled estate, or any class of creditors by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, any creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and said law firm is a disinterested person as defined in 11 U.S.C. §101(14)

                                              /s/ Markian R. Slobodian
                                              _____
                                              **MARKIAN R. SLOBODIAN, ESQ.**
                                              801 North Second Street
                                              Harrisburg, PA 17102
                                              (717) 232-5180

Dated: 8/3/18